UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BILLINGER,<br><br>   Plaintiff,<br><br> v.<br><br>CHURCH,<br><br>   Defendant. | No. 2:15-cv-0419 AC P<br><br><br>ORDER |

  On January 4, 2016, the court screened plaintiff's complaint and dismissed it with leave to amend. ECF No. 18. In granting plaintiff leave to amend, the court advised plaintiff of the applicable legal standards and the kind of information he was required to provide in the amended complaint. Id. Plaintiff proceeded to request appointment of counsel, claiming that he had no legal education and had already done everything he knew how to in order to state a claim. ECF No. 22. The motion was denied on January 26, 2016, because plaintiff did not show that he had tried to follow the court's instructions and was still unable to state a claim for relief. ECF No. 23. Plaintiff was again provided with instructions regarding the type of information necessary to state a claim, directed to refer to the instructions in the court's previous order, and given until March 9, 2016, to file a first amended complaint. Id.

////

////

Currently before the court is plaintiff's statement in which he appears to summarize his claims against defendant Church.[1] The document states that its purpose is to provide information and that it is a "response to document (petition) of the court request." ECF No. 24 at 8. It is not clear whether plaintiff is attempting to supplement the original complaint, which has been dismissed, or respond to the court's January 26, 2016 order. It is also possible that plaintiff intended the document to be an amended complaint. However, if plaintiff intended the document as an amended complaint, it is not identified as such, does not comply with the court's instructions, and will not be considered as an amended complaint. Plaintiff is reminded that he has until March 9, 2016, to file a first amended complaint. The Clerk of the Court will be directed to send plaintiff a copy of the prisoner complaint form used in this district.

Summary

If plaintiff wants to file a first amended complaint, he still has until March 9, 2016, to file it. The Clerk of Court will send plaintiff a copy of the prisoner complaint form to write his complaint on. As stated in the court's previous orders, the amended complaint must (1) be labeled "First Amended Complaint;" (2) separately identify each person that plaintiff wants to bring a claim against; (3) explain what injury each defendant caused and how they caused it; and (4) not rely on previously filed documents to state a claim, in other words, claims not in the first amended complaint will not be considered.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff still has until March 9, 2016, to file a first amended complaint.

2. The amended complaint must (1) be labeled "First Amended Complaint;" (2) separately identify each person that plaintiff wants to bring a claim against; (3) explain what injury each defendant caused and how they caused it; and (4) not rely on previously filed documents to state a claim.

////

////

---

[1] In the original complaint it appeared that plaintiff may have also been trying to bring claims against the transportation officers.

2

3. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: February 10, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE