UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BILLINGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHURCH,<br><br>　　　　　Defendant. | No. 2:15-cv-0419 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed January 5, 2016, the court screened plaintiff's complaint and dismissed it with leave to amend. ECF No. 18. Plaintiff then requested appointment of counsel, claiming that he had no legal education and had already done everything he knew how to in order to state a claim. ECF No. 22. The motion was denied because plaintiff did not show that he had tried to follow the court's instructions and was unable to. ECF No. 23. Plaintiff was again given instructions on the type of information he needed to provide to state a claim and was also directed to the instructions in the court's previous order. Id. He was given until March 9, 2016, to file an amended complaint. Id.

On February 2, 2016, plaintiff filed a statement in which he appeared to summarize his claims against defendant Church. The document stated that its purpose was to provide information and that it was a "response to document (petition) of the court request." ECF No. 24

1

1  at 1.  It was not clear whether plaintiff was attempting to supplement the original complaint or if
2  the document was intended as his amended complaint.  Because the document was not in the
3  proper form, did not identify itself as an amended complaint, or comply with the court's
4  instructions for an amended complaint, it was not considered as an amended complaint and
5  plaintiff was reminded that he had until March 9, 2016, to file his first amended complaint.  ECF
6  No. 25.  The Clerk of the Court was also instructed to send plaintiff a copy of the prisoner
7  complaint form used in this district.  Id.  Plaintiff has not filed anything further with the court.

8  　　　　Plaintiff will be given a final opportunity to submit a first amended complaint.  He is
9  reminded that if he wants to state a claim against Dr. Church, he must explain how Dr. Church is
10 responsible for his injury.  In other words, plaintiff must tell the court what Dr. Church did and
11 how that caused plaintiff to be injured.  Plaintiff should look at the instructions in the court's
12 previous orders when writing his amended complaint.  The amended complaint must (1) be on the
13 form provided by the court; (2) be labeled "First Amended Complaint;" (3) list each person that
14 plaintiff wants to bring a claim against; (4) explain what injury each defendant caused and how
15 they caused it; and (5) not rely on previously filed documents to state a claim.  The last
16 requirement means that plaintiff should prepare his First Amended Complaint as if the court had
17 never seen a previous complaint in this case, and as if plaintiff were telling the court about his
18 claims for the first time.  The Clerk of the Court will be directed to send plaintiff another copy of
19 the prisoner complaint form to write his complaint on.  If plaintiff does not file an amended
20 complaint, this case will be dismissed.

21 　　　　Accordingly, IT IS HEREBY ORDERED that:

22 　　　　1. Plaintiff shall have thirty days from service of this complaint to file a first amended
23 complaint.

24 　　　　2. The amended complaint must (1) be on the form provided by the court; (2) be labeled
25 "First Amended Complaint;" (3) list each person that plaintiff wants to bring a claim against; (4)
26 explain what injury each defendant caused and how they caused it; and (5) not rely on previously
27 filed documents to state a claim.

28 　　　　3. Failure to comply with this order will result in this case being dismissed.

4. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: April 6, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE